# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF KENTUCKY
## SOUTHERN DIVISION
## LONDON

DEC 1 5 2016

AT LONDON
ROBERT R. C̶͟
CLERK U.S. DISTR̶

UNITED STATES OF AMERICA

V.                                    INDICTMENT NO. 6: 16- CR-56- GFVT

MICHAEL SHANE MCCORMICK, JR.,
MICHAEL SHANE MCCORMICK, SR.,
ROBIN LAWSON,
JOSEPH MONEY, and
MEDGITT KOONTZ WOOD IV,
     aka BUBBA WOOD

* * * * *

THE GRAND JURY CHARGES:

## COUNT 1
### 21 U.S.C. § 846

On or about a day in January of 2016, the exact date unknown, and continuing

through on or about November 30, 2016, in Laurel County and Whitley County, in the

Eastern District of Kentucky, and elsewhere,

### MICHAEL SHANE MCCORMICK, JR.,
### MICHAEL SHANE MCCORMICK, SR.,
### ROBIN LAWSON,
### JOSEPH MONEY, and
### MEDGITT KOONTZ WOOD IV,
### aka BUBBA WOOD,

did conspire together and with others to knowingly and intentionally distribute a mixture

or substance containing a detectable amount of methamphetamine, a Schedule II

controlled substance, in violation of 21 U.S.C. § 841(a)(1), all in violation of 21 U.S.C. §

846.

As part of the conspiracy, it was agreed upon and reasonably foreseeable as to **MICHAEL SHANE MCCORMICK, JR.** and **MEDGITT KOONTZ WOOD IV, aka BUBBA WOOD,** that 500 grams or more of a mixture or substance containing a detectable amount of methamphetamine would be distributed.

As part of the conspiracy, it was agreed upon and reasonably foreseeable as to **MICHAEL SHANE MCCORMICK, SR.** and **ROBIN LAWSON** that 50 grams or more of a mixture or substance containing a detectable amount of methamphetamine would be distributed.

## COUNT 2
## 18 U.S.C. § 922(g)(1)

On or about November 29, 2016, in Whitley County, in the Eastern District of Kentucky,

### SHANE MCCORMICK, JR.,

having been convicted in a court of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess in and affecting interstate commerce, a firearm, that is, a Ruger Model LC9s, 9mm caliber pistol bearing serial number 328-45713, in violation of 18 U.S.C. § 922(g)(1).

## COUNT 3
## 21 U.S.C. § 841(a)(1)

On or about November 29, 2016, in Laurel County, in the Eastern District of Kentucky,

### SHANE MCCORMICK, SR. and
### ROBIN LAWSON

did knowingly and intentionally possess with the intent to distribute 50 grams or more of a mixture or substance containing a detectible amount of methamphetamine, a Schedule II controlled substance, in violation of 21 U.S.C. § 841(a)(1).

## COUNT 4
## 18 U.S.C. § 924(c)(1)(A)

On or about November 29, 2016, in Laurel County, in the Eastern District of Kentucky,

### SHANE MCCORMICK, SR.

did knowingly possess a firearm, that is, a Remington Arms Manufacturing Company Model 870 Tactical, 12-gauge shotgun bearing serial number RS43889H and ammunition, in furtherance of a drug trafficking offense for which he may be prosecuted in a Court of the United States, as set forth in Count 3, that is, possession with intent to distribute a mixture or substance containing a detectible amount of methamphetamine, and as set forth in Count 1, that is, conspiracy to distribute a mixture or substance containing a detectible amount of methamphetamine, in violation of 18 U.S.C. § 924(c)(1)(A).

## COUNT 5
## 18 U.S.C. § 922(g)(1)

On or about November 29, 2016, in Laurel County, in the Eastern District of Kentucky,

### SHANE MCCORMICK, SR.,

having been convicted in a court of a crime punishable by imprisonment for a term

exceeding one year, did knowingly possess in and affecting interstate commerce, a firearm, that is, a Remington Arms Manufacturing Company Model 870 Tactical, 12-gauge shotgun bearing serial number RS43889H and ammunition, in violation of 18 U.S.C. § 922(g)(1).

## COUNT 6
### 18 U.S.C. § 922(g)(3)

On or about November 29, 2016, in Laurel County, in the Eastern District of Kentucky,

### ROBIN LAWSON,

being an unlawful user of a controlled substance, did knowingly possess in and affecting interstate commerce, firearms, that is a Remington Arms Manufacturing Company Model 870 Tactical, 12 gauge shotgun bearing serial number RS43889H and ammunition; a Mossberg Model 500AT, 12 gauge shotgun bearing serial number G762590; a Marlin Firearms Company .22 S-L-LR caliber rifle with no visible serial number; and a Heritage Manufacturing, Inc. Rough Rider 22 caliber revolver bearing serial number J04708, in violation of 18 U.S.C. § 922(g)(3).

## COUNT 7
### 21 U.S.C. § 841(a)(1)

On or about March 3, 2016, in Laurel County, in the Eastern District of Kentucky,

### JOSEPH MONEY

did knowingly and intentionally distribute a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, in violation of 21 U.S.C. §841(a)(1).

## COUNT 8
### 21 U.S.C. § 841(a)(1)

On or about March 8, 2016, in Laurel County, in the Eastern District of Kentucky,

**JOSEPH MONEY**

did knowingly and intentionally distribute a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, in violation of 21 U.S.C. §841(a)(1).

## COUNT 9
### 18 U.S.C. § 922(g)(1)

On or about November 29, 2016, in Laurel County, in the Eastern District of Kentucky,

**JOSEPH MONEY,**

having been convicted in a court of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess in and affecting interstate commerce, ammunition, in violation of 18 U.S.C. § 922(g)(1).

## COUNT 10
### 18 U.S.C. § 931(a)

On or about November 29, 2016, in Laurel County, in the Eastern District of Kentucky,

**JOSEPH MONEY,**

having been convicted of one or more violent felony crimes punishable by imprisonment for a term exceeding one (1) year, that is:  Assault, 2nd Degree, a Class C Felony, in Case Number 12-CR-00244-001, in the Laurel County Circuit Court, on or about September

20, 2013; and Assault, 2nd Degree, a Class C Felony, in Case Number 07-CR-00189, in the Whitley County Circuit Court, on or about July 8, 2009, did knowingly possess in and effecting commerce, body armor, that is a Protective Apparel Company of America, Inc. Body Armor/Vest, in violation of 18 U.S.C. §§ 931(a)(1) and 924(a)(7).

## FORFEITURE ALLEGATION
### 21 U.S.C. § 853
### 18 U.S.C. § 924(d)(1)
### 28 U.S.C. § 2461

In committing the offenses alleged in Counts 2, 4, 5, 6, 9, and 10 of this Indictment, the below-listed firearms, body armor, and ammunition are subject to forfeiture pursuant to 18 U.S.C. § 924(d)(1). In committing the offenses alleged in Counts 1, 3, 7, and 8 of this Indictment, the same being punishable by imprisonment for more than one year, the defendants used and intended to use the below-described property to commit and to facilitate the commission of said controlled substance violation, and the below-described property constitutes proceeds obtained directly and indirectly as a result of the commission of the aforesaid violations of 21 U.S.C. §§ 841(a)(1) and 846, including, but not limited to the following:

### CURRENCY

$2,668.00 in United States currency seized from Medgitt Koontz Wood IV on November 1, 2016.

$1,466.00 in United States currency seized from Michael Shane McCormick, Jr. on November 29, 2016.

$350.00 in United States currency seized from Robin Lawson on November 29, 2016.

## FIREARMS AND AMMUNITION:

Remington Arms Manufacturing Company Model 870 Tactical, 12-gauge shotgun bearing serial number RS43889H seized from Michael Shane McCormick, Sr. and Robin Lawson on November 29, 2016.

Mossberg model 500AT, 12-gauge shotgun bearing serial number G762590 seized from Michael Shane McCormick, Sr. and Robin Lawson on November 29, 2016.

Marlin Firearms Company .22 S-L-LR caliber rifle with no visible serial number seized from Michael Shane McCormick, Sr. and Robin Lawson on November 29, 2016.

Remington Arms Company, Inc. Model 33, 22 caliber shotgun bearing serial number 236756 seized from Michael Shane McCormick, Sr. and Robin Lawson on November 29, 2016.

Taurus Model PT740 Slim, 40 caliber rifle bearing serial number SGX12454 seized from Michael Shane McCormick, Sr. and Robin Lawson on November 29, 2016.

Heritage Manufacturing, Inc., Rough Rider 22 caliber revolver bearing serial number J04708 seized from Michael Shane McCormick, Sr. and Robin Lawson on November 29, 2016.

American Firearms Manufacturing Co., with an unknown model and caliber bearing serial number 18677 seized from Michael Shane McCormick, Sr. and Robin Lawson on November 29, 2016.

Pistol with unknown manufacturer and unknown model bearing serial number 56534 seized from Michael Shane McCormick, Sr. and Robin Lawson on November 29, 2016.

Pistol with unknown manufacturer, model, serial number, seized from Michael Shane McCormick, Sr. and Robin Lawson on November 29, 2016.

Black Handgun Magazine seized from Michael Shane McCormick, Sr. and Robin Lawson on November 29, 2016.

Various Rounds of Ammunition Seized from Michael Shane McCormick, Sr. and Robin Lawson on November 29, 2016.

Ruger Model LC9s, 9mm caliber pistol bearing serial number 328-45713 seized from Michael Shane McCormick, Jr. on November 29, 2016.

Taurus Model PT 738 TCP, .380 ACP caliber pistol bearing serial number 43942E seized from Michael Shane McCormick, Jr. on October 26, 2016.

Various Rounds of Ammunition Seized from Michael Shane McCormick, Jr. on October 26, 2016.

Various Rounds of Ammunition Seized from Joseph Money on November 30, 2016.

Protective Apparel Company of America, Inc. Body Armor/Vest seized from Joseph Money on November 30, 2016.

By virtue of the commission of the felony offenses charged in this Indictment, any and all interest **MICHAEL SHANE MCCORMICK, JR., MICHAEL SHANE MCCORMICK, SR., ROBIN LAWSON, JOSEPH MONEY, and MEDGITT KOONTZ WOOD IV** have in the above-described property is vested in and forfeited to the United States pursuant to 21 U.S.C. § 853, 18 U.S.C. § 924(d)(1), and 28 U.S.C. § 2461.

**KERRY B. HARVEY**
**UNITED STATES ATTORNEY**

## PENALTIES

**Counts 1, 3, 7, and 8:**

Not more than 20 years imprisonment, not more than a $1,000,000 fine, and at least 3 years supervised release.

> **If Prior Felony Drug Conviction:** Not more than 30 years of imprisonment, not more than a $2,000,000 fine, and at least 6 years supervised release.

**If responsible for 50 grams or more of a mixture or substance containing a detectable amount of methamphetamine:** Not less than 5 years and not more than 40 years of imprisonment, not more than a $5,000,000 fine, and at least 4 years supervised release.

> **If Prior Felony Drug Conviction:**
> Not less than 10 years nor more than life imprisonment, not more than a $8,000,000 fine, and at least 8 years supervised release.

**If responsible for 500 grams or more of a mixture or substance containing a detectable amount of methamphetamine:** Not less than 10 years nor more than life imprisonment, not more than a $10,000,000 fine, and at least 5 years supervised release.

> **If Prior Felony Drug Conviction:**
> Not less than 20 years nor more than life imprisonment, not more than a $20,000,000 fine, and at least 10 years supervised release.

> **If Two Prior Felony Drug Convictions:**
> Mandatory life imprisonment and not more than a $20,000,000 fine.

**Count 4:**

Not less than 5 years nor more than life imprisonment – to be served consecutive to any term of imprisonment imposed for any other offense – not more than a $250,000 fine, and not more than 5 years of supervised release.

In the case of a second or subsequent conviction, not less than 25 years imprisonment consecutive to any other offense, not more than a $250,000 fine, and not more than 5 years of supervised release.

**Counts 2, 5, 6, and 9:**

Not more than 10 years imprisonment, a $250,000 fine, and 3 years supervised release.

**If Three Prior Violent Felony or Serious Drug Convictions (or Both):**
Not less than 15 years nor more than life imprisonment, not more than a $250,000 fine, and not more than 5 years of supervised release.

## Count 10:

Not more than 3 years imprisonment, a $250,000 fine, and 1 year supervised release.

**PLUS:**      Mandatory special assessment of $100 per count.

**PLUS:**      Forfeiture of all listed property.